AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

**FILED**
JAN 1 3 2023
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| United States of America | ) |
| v. | ) |
|  | ) Case No.  4:23 MJ 35 DDN |
| JAMES W. RANKIN | ) |
|  | ) SIGNED AND SUBMITTED TO THE COURT FOR |
|  | ) FILING BY RELIABLE ELECTRONIC MEANS |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   January 12 & 13, 2023   in the county of   St. Louis City   in the  Eastern  District of   Missouri  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18:1470 | Transfer of obscene material to a minor |
| 18:2260A | Penalties for registered sex offender |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

I state under the penalty of perjury that the following is true and correct.

*Complainant's signature*

Daniel Root, SA, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  01/13/2023

*Judge's signature*

City and state:  St. Louis, Missouri     Honorable David D. Noce, U.S. Magistrate Judge
*Printed name and title*